**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6496**

———————————

LEAMON L. TATUM,

Plaintiff - Appellant,

versus

RICHARD LANHAM, Division of Corrections, Com-
missioner; JOHN SANDSTORM, Division of Correc-
tions, Inmate Citation Adjuster; THOMAS PRICE,
Division of Corrections, Inmate Citation
Adjuster; LLOYD L. WATERS, Warden; WAYNE W.
LEASE, Corrections Officer; G. WIBLE, Correc-
tions Officer,

Defendants - Appellees,

and

DIVISION OF CORRECTIONS; MARYLAND CORRECTIONAL
INSTITUTION,

Defendants.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
96-3899-S)

———————————

Submitted: July 10, 1997          Decided: July 24, 1997

———————————

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

_____

Leamon L. Tatum, Appellant Pro Se.  Glenn T. Marrow, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leamon L. Tatum appeals the district court's order granting the Defendants' motion for extension of time in which to respond to Tatum's complaint. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2